UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

THE POWER SUMMIT INC.,

        Plaintiff,

-v-                                            No. 08 Civ. 6854 (LTS)(RLE)

YARI FILM GROUP RELEASING, LLC.,

        Defendant.

-------------------------------------------------------x

## ORDER

        In a February 9, 2009, Memorandum Order, the Court ordered that judgment be entered in favor of Plaintiff and that the case be closed. In a letter dated February 12, 2009, counsel for Plaintiff represents that he was informed on February 12 that Defendant Yari Film Group Releasing, LLC, had filed for Chapter 11 bankruptcy protection on December 19, 2008.

        Accordingly, the Court hereby vacates the February 9, 2009, Memorandum Order, vacates any judgment which has been entered in light of that Memorandum Order, and denies Plaintiff's motion for default judgment without prejudice to renewal. The Clerk of Court is respectfully requested to re-open this case and place this case on the suspense calendar.

        Plaintiff must submit a letter to the Court as of July 1, 2009, and every six months thereafter so long as this case remains open, providing a status update with respect to the bankruptcy proceedings and indicating whether this matter should be dismissed, be taken off the suspense calendar, or maintained on the suspense calendar.

        SO ORDERED.

Dated: New York, New York
            February 24, 2009

                                                      LAURA TAYLOR SWAIN
                                                      United States District Judge